IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS VAUGHN JACKSON, JR.,     No. 2:15-CV-1675-JAM-CMK-P

        Plaintiff,

   vs.                               ORDER

CARMELINO L. GALANG, et al.,

        Defendants.

/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to open discovery (Doc. 57). The request is premature in that no defendant has filed an answer to the complaint. The court will address a schedule for this litigation, including discovery deadlines, following resolution of the pending motions to dismiss and once the case is at issue with the filing of an answer to the complaint. Plaintiff's motion is denied.

        IT IS SO ORDERED.

DATED: September 7, 2017

                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE