IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHAN JACKSON, JR., | No. 2:15-CV-1675-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CARMELINO L. GALANG, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal (Doc. 73). Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate all pending motions and close this file.

IT IS SO ORDERED.

DATED: November 30, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1