# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHN JACKSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CARMELINO L. GALANG, et al.,<br><br>Defendants. | No. 2:15-CV-1675-JAM-CMK-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 7, 2017, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 7, 2017, are adopted in full;

2. The motion to dismiss filed by defendants Galang and Wolfson (Doc. 33) is granted;

3. The motion to dismiss filed by the remaining defendants (Doc. 40) is denied in part as to defendant Dator and granted in part as to all other defendants; and

4. This action shall proceed against defendant Dator only, who shall file an answer to the complaint within 30 days of the date of this order.

DATED: April 25, 2018

                                      /s/ John A. Mendez

                                      UNITED STATES DISTRICT COURT JUDGE