IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS VAUGHAN JACKSON, JR.,    No. 2:15-CV-1675-JAM-CMK-P

    Plaintiff,

  vs.    ORDER

M. DATOR,

    Defendant.

_____/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's motions for an order setting a settlement conference (Docs. 83 and 95); and (2) plaintiff's motion for copies of the case file (Doc. 84).

    As to plaintiff's motion for copies of the case file, the Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.

1

As to plaintiff's motion for an order setting a settlement conference, defendant Dator is directed to file a response within 30 days to plaintiff's motions indicating defendant's willing to participate in a settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for copies of the case file (Doc. 84) is denied;

2. Defendant is directed to file a response to plaintiff's motions for an order setting a settlement conference (Docs. 83 and 95) within 30 days of the date of this order.

DATED: July 26, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE