# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHAN JACKSON, JR., | No. 2:15-CV-1675-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| M. DATOR, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions (Docs. 83 and 95) for an order referring this case to the court's settlement program. Defendant has responded, indicating that she does not feel the case is amenable to settlement at this time. Accordingly, plaintiff's motions are denied.

IT IS SO ORDERED.

DATED: August 30, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE