# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHN JACKSON, JR., | No. 2:15-CV-1675-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| M. DATOR, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendant is directed to file a response to plaintiff's motion requesting referral of this matter for a settlement conference (Doc. 106) within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: March 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1