# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHN JACKSON, JR., | No. 2:15-CV-1675-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| M. DATOR, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for referral of this matter to a settlement conference (ECF No. 106). Defendant has responded indicating an unwillingness to participate in a court-ordered settlement conference. Plaintiff's motion is, therefore, denied.

IT IS SO ORDERED.

Dated: April 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1