**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS VAUGHN JACKSON, JR., | No. 2:15-CV-1675-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| M. DATOR, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for the appointment of counsel (ECF No. 114). In his motion, plaintiff asserts that appointment of counsel is necessary so that plaintiff may engage the services of an expert witness to provide testimony supporting his claims and countering defendant's defenses. In essence, plaintiff seeks counsel to assist him with fact development in the context of discovery. Because discovery closed on February 1, 2019, see ECF No. 101 (August 30, 2019, scheduling order), the time to conduct discovery – including expert witness discovery – has ended. Plaintiff's motion is denied.

/ / /

/ / /

/ / /

/ / /

IT IS SO ORDERED.

Dated: May 23, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE