# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS VAUGHN JACKSON, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>M. DATOR,<br><br>  Defendant. | No. 2:15-CV-1675-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (ECF No. 120) to file an opposition to defendant's motion for summary judgment. Good cause appearing therefor, plaintiff's motion is granted and his opposition brief and supporting filings (ECF Nos. 121, 122, and 123) are deemed timely.

IT IS SO ORDERED.

Dated: June 27, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1